BEFORE THE FIRST DIVISION, MARCH 18, 1940

**No. 43395.**—Protest 970842–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the squawker balloons in question are similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.